| | |
|---|---|
| 1 | Your name: Ryan W. Lockhart |
| 2 | Address: 155 Gardner Pl |
| 3 | Danville, CA 94526 |
| 4 | Phone Number: 925-588-4027 |
| 5 | E-mail Address: ryno84@gmail.com |
| 6 | Pro Se |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Ryan W. Lockhart

Plaintiff(s),

vs.

Access Group, Inc., a Delaware Corporation

Defendant(s).

Case Number: C12-4293 SI

[~~PROPOSED~~] ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

The Court has considered *[write "Plaintiff's" or "Defendant's"]* Plaintiff's *[title of motion]* Motion to Dismiss Without Prejudice and the accompanying Declaration(s) of *[names]* Ryan W. Lockhart

Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

Date: 10/4/12      [Judge's signature] *Susan Illston*

[Judge's name]: _____
United States District/~~Magistrate~~ Judge

[PROPOSED] ORDER GRANTING Motion to Dismiss Without Prejudice
_____, CASE NO. C12-4293 SI      [VLSP TEMPLATE]